IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD SINGLETON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PITTSBURGH BOARD OF EDUCATION, )<br>et al., )<br>)<br>Defendants. ) | Civil Action No. 11-1431 |

## O R D E R

AND NOW, this 10th day of November, 2011 in accordance with the provisions of 28 U.S.C. § 455,

IT IS HEREBY ORDERED that the undersigned RECUSES herself from the above captioned case. The Clerk of Court is directed to reassign this matter to another member of this Court.

s/Nora Barry Fischer
United States District Judge

cc/ecf:    Gerald Singleton
5514 Stanton Avenue, #4
Pittsburgh, PA 15206
(via Regular Mail only)