AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1431

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2011 DEC -5 AM 11: 24

This summons for *(name of individual and title, if any)* PITTSBURGH FEDERATION OF TEACHERS

was received by me on *(date)* 12|1|2011 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* VIA CERTIFIED MAIL WITH RETURN RECEIPT SUMMONS WAS SERVED ON DECEMBER 2, 2011 TO DEFENDANT'S PLACE OF BUSINESS AT 10 S. 19TH STREET PITTSBURGH PA 15203

My fees are $ 5 for travel and $ 15 for services, for a total of $ 20.00 .

I declare under penalty of perjury that this information is true.

Date: 12/2/2011

_____
Server's signature

GERALD SINGLETON
_____
Printed name and title

5514 STANTON AVE #4 PITTSBURGH PA 15206
_____
Server's address

Additional information regarding attempted service, etc: