AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1431

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JOHN BACHARACH
was received by me on *(date)* 12/1/2011.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):* VIA CERTIFIED MAIL WITH RETURN RECEIPT SUMMONS WAS SERVED ON DECEMBER 2, 2011 TO DEFENDANT'S PLACE OF BUSINESS AT 564 FORBES AVENUE, SUITE 1113, PITTSBURGH, PA 15219

My fees are $ 5 for travel and $ 15 for services, for a total of $ 20.00.

I declare under penalty of perjury that this information is true.

Date: 12/2/2011

*Server's signature*

GERALD SINGLETON
*Printed name and title*

5514 STANTON AVENUE #4 Pittsburgh, PA 15206
*Server's address*

Additional information regarding attempted service, etc: