IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD SINGLETON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:11-cv-1431 |
| ) | |
| v. ) | Chief Judge Gary L. Lancaster |
| ) | Chief Magistrate Judge Lisa Pupo |
| PITTSBURGH BOARD OF ) | Lenihan |
| EDUCATION, *et al.*, ) | |
| ) | ECF No. 24 |
| Defendants. ) | |

## MEMORANDUM ORDER

The Complaint in the above captioned case was filed on or about November 9, 2011. This action was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 65), filed on August 24, 2012, recommended that the Motion to Dismiss filed by Defendant Paul Lalley (ECF No. 24) be granted. Service was made on Plaintiff at his address of record and on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections have been filed to the Report and Recommendation.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 14 day of September, 2012,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendant Paul Lalley (ECF No. 24) is **GRANTED** and the Complaint against Defendant Paul Lalley is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 65) of Chief Magistrate Judge Lenihan, dated August 24, 2012, is adopted as the opinion of the Court.

GARY L. LANCASTER
Chief United States District Judge

cc: Gerald Singleton, *Pro Se*
5514 Stanton Avenue, #4
Pittsburgh, PA 15206
*Via First Class, U.S. Mail*

All Counsel of Record
*Via Electronic Mail*