IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD SINGLETON,<br>　　Plaintiff,<br><br>　v.<br><br>PITTSBURGH PUBLIC SCHOOL<br>DISTRICT, ET AL.,<br>　　Defendants. | Civil Action No. 11-1431 |

ORDER

AND NOW, this 27 day of September, 2012, IT IS HEREBY ORDERED that defendants' Motions to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [documents #26 and 42] are DENIED as moot, due to the filing of plaintiff's amended complaint [document #73].

BY THE COURT:

_____, C.J.

cc:　Hon. Lisa Pupo Lenihan,
　　　Chief United States Magistrate Judge

　　　All Parties of Record